ORIGINAL

1  Patrick A. Long, Bar No. 48221
2  LONG WILLIAMSON & DELIS
   400 North Tustin Avenue, Suite 370
   Santa Ana, California 92705
3  (714) 668-1400
   (714) 668-1411
4

5  Attorneys for Defendant, ADT SECURITY SERVICES, INC.

FILED

08 JUN 13 PM 4: 32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:        CP        DEPUTY

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  KELEIGH ROBERTS,              )   Case No. '08 CV 1056 LAB RBB
                                  )
12          Plaintiff,            )
                                  )
13                                )
    vs.                           )   DEFENDANTS' REMOVAL
14                                )   OF ACTION
15  ADT SECURITY SERVICES, INC. et al.,  )
                                  )
16          Defendant.            )
                                  )
17  _____)

18            DEFENDANT'S NOTICE OF REMOVAL

19

20      ADT SECURITY SERVICES, INC. (ADT) defendant in the underlying Superior Court

21  of the State of California civil action, files this Notice of Removal pursuant to 28 U.S.C. §§

22  1332, 1441 and 1446(a), and respectfully shows this Honorable Court as follows.

23                        I. Parties

24

25      1.   Plaintiff, Keleigh Roberts' Complaint failed to identify a state of residence for

26  purposes of citizenship. However, based on ADT's information and belief, Plaintiff is a citizen

27  of the state of California.

28

                              1

2.    Defendant, ADT is a Delaware corporation with its principal place of business in Florida.

3.    Plaintiff has not identified Defendant DOES 1 through 10.

**II. Removed Action**

4.    Plaintiff filed suit in the Superior Court of California, North County Judicial District, Cause No. 37-2008-00054660-CU-PO-NC, against ADT and DOES 1 through 10, from which ADT removes the state court civil action to this federal court.

5.    Plaintiff sued Defendants for alleged violations of California Civil Code Sections 1788.17 and 1788.14(c), otherwise known as the Rosenthal Fair Debt collection Practices Act and other torts.

**III. Defendant Timely Filed Its Notice of Removal**

6.    Plaintiff filed its Complaint in the Superior Court of California, North County Judicial District on or about May 22, 2008.[1]  ADT timely files this notice of removal within the thirty (30) day time-period required by 28 U.S.C. §1446(b).

**IV. Diversity is Basis for Removal**

7.    Complete diversity exists between the parties.  Based on information and belief, Plaintiff is a citizen of California and was a citizen of California at the time of the state court filing.  ADT is a Delaware corporation with its principal place of business is in Florida. ADT is a citizen of Delaware and a citizen of Florida at the time of this notice of removal filing; and was a citizen of Delaware and was a citizen of Florida at the time of the state court filing.  As Plaintiff has not identified nor served Defendant Does 1 through 10, their citizenship is irrelevant to this Notice of Removal.  There is mutual exclusivity of the states of citizenship of Plaintiff and ADT,

---

[1]    Exhibit A, Plaintiff's Complaint.

2.

both at this filing and at the filing of the state action. The amount in controversy exceeds $75,000.00, excluding interest, costs and attorneys fees.

### V. No Consent to Removal Necessary At This Time

8.    As the Plaintiff has not identified nor served Defendant, Does 1 through 10, it is impossible, and unnecessary, for ADT to obtain their consent to the removal.

### VI. State Court Record

9.    All pleadings served on ADT in the California Superior Court civil action are attached to this Notice of Removal as required by 28 U.S.C. §1446(a).

### VII. Venue

10.    Venue is appropriate in this federal district because this district and division embrace the place in which the removed action has been pending.

### VIII. Notice Filed with State Court

11.    ADT will promptly file a copy of this Notice of Removal with the clerk of the California State Superior Court in which the removed action has been pending.[2]

### IX. Conclusion

12.    Removal is proper under the facts and circumstances presented by this case. Diversity exists between the parties and the amount of amount of controversy is in excess of $75,000 excluding interest, costs and attorneys fees.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, ADT requests that this Honorable Court accept jurisdiction over this removed action, and for such additional relief to

---

[2]    28 U.S.C. §1446(a)

3

which ADT may show itself justly entitled to receive, including, but not limited to a dismissal from this action with prejudice and Plaintiff bearing all costs.

DATED: June 13, 2008                    LONG WILLIAMSON & DELIS

                                        BY: X _____
                                             PATRICK A. LONG
                                             Attorneys for
                                             Defendants, ADT
                                             SECURITY SERVICES, INC.

4

1

2                              PROOF OF SERVICE

3    STATE OF CALIFORNIA, COUNTY OF ORANGE

4            I am employed in the County of Orange, State of California. I am over the age of
5    eighteen and not a party to the within action; my business address is 5 Hutton Centre Drive, Suite
6    1000, Santa Ana, California 92707.

7            On June 13, 2008, I served the foregoing document described as **REMOVAL OF
     ACTION** on the interested parties in this action by placing ( ) the original (X) a true copy
8    thereof enclosed in a sealed envelope addressed as follows:

9    Michael G. Doan, Esq.
     DOAN LAW FIRM
10   2850 Pio Pico Drive
11   Carlsbad, California 92008
     (760) 450-3333
12

13   (X) BY MAIL

14           ( ) I deposited such envelope in the mail at Santa Ana, California. The envelope was
15   mailed with postage thereon fully prepaid.

16           (X) I caused such envelope to be deposited in the mail at Santa Ana, California. The
     envelope was mailed with postage thereon fully prepaid.
17

18           I am "readily familiar" with firm's practice of collection and processing
     correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the
19   ordinary course of business. I am aware that on motion of party served, service is presumed
     invalid if postal cancellation date or postage meter date is more than one day after date of deposit
20   for mailing in affidavit.

21           Executed on June 13, 2008, at Santa Ana, California.

22
             I declare under penalty of perjury that the foregoing is true and correct under the
23   laws of the State of California.

24
             I am employed by a member of this bar at whose direction this service is made.
25

26
                              _____
27                            SUSAN E. BOYKO

28


                                            5

# SUMMONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ADT Security Services, Inc.

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |
| 08 MAY 22 PM 2:14 |
| CLERK OF THE SUPERIOR COURT |
| SAN DIEGO COUNTY, CA |

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Keleigh Roberts

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California
325 S. Melrose
325 S. Melrose
Vista, CA 92081
North County Division

CASE NUMBER:
*(Número del Caso):* 2008-00054660-CU-PO-NC

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Michael G. Doan, SBN 175649          (760) 450-3333   (760) 720-6082
Doan Law Firm, LLC
2850 Pio Pico Drive, Suite D
Carlsbad, CA 92008

DATE: MAY 2 2 2008          Clerk, by _____ C. Torriquez _____, Deputy
*(Fecha)*                   *(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

1  Michael G. Doan, SBN 175649
   Doan Law Firm, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   mike@doanlaw.com
4

5  Attorney for PLAINTIFF

6

7

8              SUPERIOR COURT FOR THE STATE OF CALIFORNIA
9                   NORTH COUNTY JUDICIAL DISTRICT

10                                    )   Case No. 37-2008-00054660-CU-PO-NC
11                                    )
   KELEIGH ROBERTS,                   )   **COMPLAINT SEEKING**
12                                    )   **MONETARY DAMAGES,**
        Plaintiff,                    )   **INJUNCTIVE DECLARATORY**
13                                    )   **RELIEF, FOR VIOLATIONS**
   vs.                                )   **OF RFDCPA; RIGHT TO**
14                                    )   **PRIVACY; TORT IN SE.**
   ADT Security Services, Inc.        )
15                                    )   **DEMAND: $88,828.00,**
   and DOES 1 through 10, inclusive,  )   **ATTORNEY FEES AND COSTS,**
16                                    )   **INJUNCTIVE RELIEF,**
        Defendants.                   )   **DECLARATORY RELIEF.**
17  _____  )
                                          **JURY TRIAL DEMANDED**
18

19

20                               **I.**

21                        **INTRODUCTION**

22

23  1.   Plaintiff, KELEIGH ROBERTS, ("ROBERTS"), brings this Lawsuit against

24       the DEFENDANT, ADT SECURITY SERVICES, INC., ("ADT"), for its

25       unlawful and unfair debt collection practices in repeated violations of

26       the **Rosenthal Fair Debt Collection Practices Act ("RFDCPA")** and

27       other **Torts.**

28  2.   ROBERTS seeks actual economic and non-economic damages, attorney

                             Page -1-

fees, costs, injunctive relief, punitive damages, and declaratory relief.

## II.

## FINDINGS AND PURPOSE OF STATUTES VIOLATED

3.   The California Legislature made the following **findings** and **purpose** in creating the **RFDCPA**:

>    *(1)   The banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts. Unfair or deceptive collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers.*
>
>    *(2)   There is need to ensure that debt collectors and debtors exercise their responsibilities to one another with fairness, honesty and due regard for the rights of the other.*
>
>    *(b)   It is the purpose of this title to prohibit debt collectors from engaging in unfair or deceptive acts or practices in the collection of consumer debts and to require debtors to act fairly in entering into and honoring such debts, as specified in this title.*

4.   On September 3, 1999, "urgency legislation" was passed adding 1788.17 to the RFDCPA which incorporated nearly all of the provisions of the Federal Fair Debt Collection Practices Act ("FDCPA").

5.   The United States Congress has made the following **findings** and declaration of **purpose** under the **FDCPA**:

>    *(a)   Abusive practices. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to*

the number of personal bankruptcies, to marital instability, to the

loss of jobs, and to invasions of individual privacy.

(b)  Inadequacy of laws. Existing laws and procedures for

redressing these injuries are inadequate to protect consumers.

(e)  Purposes. It is the purpose of this title [15 USCS §§ 1692 et

seq.] to eliminate abusive debt collection practices by debt

collectors, to insure that those debt collectors who refrain from

using abusive debt collection practices are not competitively

disadvantaged, and to promote consistent State action to protect

consumers against debt collection abuses.

6.    The Gravamen of ROBERTS' complaint is that ADT violated State and

Federal laws which were specifically enacted to protect her from

abusive, deceptive, and unfair conduct by ADT.

### III.

### JURISDICTION

7.    Jurisdiction of this Court arises under Cal. Code Civ. Proc. 410.10 et

seq.

### IV.

### PARTIES

8.    ROBERTS is a "debtor" as that term is defined by California Civil Code

§ 1788.2(h).

9.    ADT is a "debt collector" as that term is defined by California Civil Code

§1788.2(c) and is a "person" as that term is defined by California Civil

Code § 1788.2 (g).

## V.

## __FACTS__

### ROBERTS Retained Law Firm:

10. ROBERTS incurred a "debt" with ADT as that term is defined by California Civil Code §1788.2(d) and 15 U.S.C. § 1692a(5).

11. On 11/6/2007, ROBERTS retained the DOAN LAW FIRM to end communications on the debt under the RFDCPA, and to eliminate all personal liability on the debt via Title 11 of the United States Code.

12. Specifically, DOAN LAW FIRM was retained to provide the following three (3) services:

    1)    Stop all future communications and harassment from creditors using the RFDCPA and FDCPA;

    2)    Eliminate personal liability under Title 11 relief; and

    3)    Ensure creditors comply under the Fair Credit Reporting Act (FCRA) after the Bankruptcy Discharge.

13. ROBERTS paid money for services to stop creditor communications from the retainer date until the Bankruptcy was filed.

14. The debt to ADT was eventually discharged by a Chapter 7 Bankruptcy and ADT has no further contractual rights to enforce the debt against ROBERTS personally.

### Legal Help Was Provided To Protect ROBERTS From ADT:

15. Prior to the Bankruptcy Filing, DOAN LAW FIRM, LLP ordered ADT, by written "Cease and Desist Order(s)," to cease all communications with ROBERTS, as incorporated by Exhibit "A" herein.

16. The written Order(s) to ADT specifically provided the following:

    a)    ROBERTS would soon be filing for Title 11 Federal Protection;

    b)    Advised that ROBERTS refused to pay the debt;

    c)    Advised that there was now attorney representation by the DOAN LAW FIRM, LLP with respect to the debt; and

    d)    Ordered that ADT Cease and Desist all further communications with ROBERTS with respect to the debt.

**ADT Had Actual Knowledge Of Attorney Representation:**

17. ADT physically received the Cease and Desist Order(s).

18. ADT had actual knowledge of **attorney representation** by the DOAN LAW FIRM, LLP.

19. ADT actually knew it had to **Cease and Desist** all further communications with ROBERTS with respect to the debt.

20. ADT actually knew ROBERTS **refused to pay** the debt.

21. ADT actually knew ROBERTS was preparing to file for **Federal Relief under Title 11**.

22. ADT actually **knew that it was now prohibited from contacting** ROBERTS by all means.

23. ADT actually knew it could no longer call, write, send billing statements, statements of account, or any other communication except legal process to ROBERTS.

24. ADT knew it could only communicate with the DOAN LAW FIRM, LLP.

25. ADT knew it could only call, write, send billing statements, and send statements of account, to the DOAN LAW FIRM, LLP.

26. ADT knew that any further communications of any kind with ROBERTS were prohibited, unlawful, illegal, and would subject it to liability

1   damages.

2

3                        **ADT Committed Unlawful Acts:**

4

5   27.   Despite knowledge of attorney representation, ADT intentionally,

6         willfully, deliberately, and knowingly, refused to abide by the laws of

7         the RFDCPA and FDCPA as demanded in the Cease and Desist Orders,

8         and communicated with ROBERTS in an attempt to collect on its debt.

9   28.   Specifically, ADT continued communications with ROBERTS, as further

10        evidenced by Exhibit "B" incorporated herein.

11  29.   The unlawful contact by ADT can be summarized by the following

12        chart:

13

| RFDCPA Violations | | | |
|---|---|---|---|
| **Two (2) Notice: (See Exhibit "A")** | | | |
| | Date | Type | Comments |
| 1 | 11/13/2007 | Cease/desist order #1 | Initial notification |
| 2 | 12/5/2007 | Cease/desist order #2 | Sent in response to violations 1-2 (see below) |
| | | | |
| | | | |
| **Five (5) Contact Violations: (See Exhibit "B")** | | | |
| | Date | Type | Comments |
| 1 | 11/26/2007 | Billing Statement | Sent despite notice 1 (see above) |
| 2 | 12/5/2007 | Billing Statement | Sent despite notice 1 |
| 3 | 12/13/2007 | Collections Letter | Sent despite notice 2 |
| 4 | 1/16/2008 | Collections Letter | Sent despite notice 2 |
| 5 | 2/22/2008 | Collections Letter | Sent despite notice 2 |

**ADT Willfully And Knowingly Violated the RFDCPA:**

30.   As a "Debt Collector," ADT is fully aware of California's debt collection laws, including the RFDCPA and FDCPA.

31.   ADT knew each of its harassing communications were subject to Title 1.6C (RFDCPA) of the California Civil Code and 15 USC § 1692 (FDCPA).

32.   ADT knew each of its harassing communications were willful and knowing violations of Title 1.6C (RFDCPA) of the California Civil Code and 15 USC § 1692 (FDCPA).

33.   ADT harassing communications are part of an overall unlawful business pattern and practice whereby it has knowingly, willfully, and intentionally enterprised a profitable scheme through illegal collection activity.

34.   ADT rarely, if ever, is sued over such harassing communications, since very few debtors are aware that their rights are being violated and/or very few attorneys are willing to take on such cases.

35.   ADT is highly motivated to continue their harassing communications since any claims paid out as a result of such wrongful conduct are minuscule when compared to the overall profits generated from such illegal acts.

**ROBERTS Suffered Damages As A**
**Result Of ADT'S Conduct:**

36.   As a direct result of ADT'S harassing communications, ROBERTS has incurred actual damages consisting of mental and emotional distress, nervousness, grief, embarrassment, loss of sleep, anxiety, worry,

1  mortification, shock, humiliation, indignity, pain and suffering, and

2  other injuries.

3  37.  ROBERTS incurred out of pocket monetary damages when attorney

4  fees and costs were paid to the DOAN LAW FIRM, LLP, for services

5  provided to protect ROBERTS under the RFDCPA and FDCPA, which

6  ultimately failed.

7  38.  ROBERTS incurred additional incidental actual damages including but

8  not limited to transportation and gasoline costs to the law firm,

9  telephone call charges, postage, and other damages.

10  39.  ROBERTS continues to incur attorney fees and costs in filing this suit

11  and bringing this matter to trial.

12  40.  Each of ADT'S harassing acts were so willful, vexatious, outrageous,

13  oppressive, and maliciously calculated enough, so as to warrant

14  statutory penalties and punitive damages.

15

16

17  ## VI.

18  ### FOUR (4) CAUSES OF ACTION

19

20  ### FIRST CAUSE OF ACTION:
21  ### VIOLATION OF §1788.17 of the RFDCPA

22

23  41.  ROBERTS realleges and incorporates by reference the above

24  paragraphs as though set forth fully herein.

25  42.  FDCPA 15 USC § 1692(b)(6) provides in pertinent part:

26  *after the debt collector knows the consumer is **represented by an***

27  ***attorney** with regard to the subject debt and has knowledge of, or can*

28  *readily ascertain, such attorney's name and address, **not***

1     *communicate with any person other than that attorney......*

2   43.   ADT violated 15 USC § 1692(b)(6) since it contacted and harassed

3       ROBERTS after being directly notified of attorney representation.

4   44.   FDCPA 15 USC § 1692(c)c provides:

5       *If a consumer notifies a debt collector in writing that the consumer*

6       *refuses to pay a debt or that the consumer wishes the debt collector*

7       *to **cease further communication** with the consumer, the debt*

8       *collector shall **not communicate** further with the consumer with*

9       *respect to such debt.*

10   45.   ADT violated 15 USC § 1692(c)c since it contacted and harassed

11       ROBERTS after being directly notified of the refusal to pay the debt.

12   46.   ADT violated 15 USC § 1692(c)c since it contacted and harassed

13       ROBERTS after being directly notified to cease and desist all further

14       communication.

15   47.   California Civil Code Section § 1788.17 requires that ADT comply with

16       the provisions of 15 USC § 1692(b)(6) and § 1692(c)c.

17   48.   The foregoing violations of 15 USC § 1692(b)(6) and § 1692(c)c by

18       ADT result in separate violations of California Civil Code Section §

19       1788.17.

20   49.   The forgoing acts by ADT were willful and knowing violations of Title

21       1.6C of the California Civil Code (FRDCPA), are sole and separate

22       violations under California Civil Code Section § 1788.30(b), and trigger

23       **multiple $1,000.00 penalties.**

24   50.   California Civil Code Section 1788.17 provides that ADT is subject to

25       the remedies of 15 USC § 1692(k) for failing to comply with the

26       provisions of 15 USC § 1692(b)(6) and § 1692(c)c.

27   51.   The forgoing acts by ADT were intentional, persistent, frequent, and

28       devious violations of 15 USC § 1692(b)(6) and § 1692(c)c, which

1  trigger **additional damages of $1,000.00** under 15 USC §

2  1692(k)(a)(2)(A).

3

4  **SECOND CAUSE OF ACTION:**

5  **VIOLATION OF § 1788.14(c) of the RFDCPA**

6

7  52.  ROBERTS realleges and incorporates by reference the above

8  paragraphs as though set forth fully herein.

9  53.  California Civil Code Section 1788.14(c) provides in pertinent part:

10  *No debt collector shall collect or attempt to collect a consumer debt by*

11  *means of the following practices:*

12  *(c) **Initiating communications**, other than statements of*

13  *account, with the debtor with regard to the consumer debt, when*

14  *the debt collector has been previously **notified in writing by***

15  ***the debtor's attorney that the debtor is represented by***

16  ***such attorney** with respect to the consumer debt and such*

17  *notice includes the attorney's name and address and a request*

18  *by such attorney that all communications regarding the*

19  *consumer debt be addressed to such attorney.....*

20  54.  ADT violated California Civil Code Section § 1788.14(c) since they

21  contacted and harassed ROBERTS beyond statements of account, after

22  being directly notified in writing of attorney representation concerning

23  the debt.

24  55.  The forgoing act(s) by ADT were willful and knowing violations of Title

25  1.6C of the California Civil Code (FRDCPA), are sole and separate

26  violations under California Civil Code Section § 1788.30(b), and trigger

27  **additional $1,000.00 penalties** against ADT.

28

### THIRD CAUSE OF ACTION:

### INVASION OF PRIVACY (INTRUSION UPON SECLUSION)

56. ROBERTS repeats re-alleges and incorporates by reference all other paragraphs.

57. ADT engaged in improper conduct in knowingly and intentionally pursuing ROBERTS to force payment of their debt.

58. ROBERTS had a reasonable expectation of privacy in his solitude, seclusion, and or private concerns or affairs of privacy.

59. ADT intentionally intruded on ROBERTS' privacy by repeated harassment from unlawful communications.

60. ADT'S intrusions and invasions against ROBERTS occurred in such a way that would be highly offensive to reasonable persons in that position.

### FOURTH CAUSE OF ACTION:

### TORT IN SE

61. ROBERTS realleges and incorporates the above paragraphs as though set forth fully herein.

62. ADT engaged in an unlawful course of conduct in violations of the FDCPA, RFDCPA, California Civil Code Section §1708, California Civil Code Section §43.

63. ADT violated a statutory duty owed to another and is thus liable under the doctrine of "Tort-in-Se."

# VII.

## PRAYERS FOR RELIEF

**WHEREFORE**, ROBERTS having set forth the claims for relief against ADT, respectfully prays that this Court grant relief in the amount of **$88,828.00** monetary damages (**$7,348.00** Actual Damages, **$8,000.00** Penalties, **$73,480.00 Punitive** Damages), **Attorney Fees and Costs** According to Proof, **Injunctive Relief**, and **Declaratory Relief**.

Such relief is reasonably justified under the circumstances, and is more specifically broken down as follows:

A.  **Actual Economic Damages** totaling at least **$2,348.00**, consisting of **$1,333.00 attorney fees** previously paid to Doan Law Firm to end the harassment, and $15.00 in transportation, gasoline, telephone call charges, and postage, pursuant to California Civil Code §1788.30(a); **$1,000.00 Additional Damages** pursuant to California Civil Code § 1788.17 incorporating 15 USC § 1692(k); and other economic damages accruing prior to the Order for Bankruptcy Relief;

B.  **Actual Non-Economic Damages** of **$5,000.00** pursuant to California Civil Code §1788.30(a) for mental and emotional distress, nervousness, grief, embarrassment, loss of sleep, anxiety, worry, mortification, shock, humiliation, indignity, pain and suffering, and other injuries;

C.  Penalties of **$5,000.00** against ADT arising from five (5) violations at $1,000.00 per violation pursuant to California Civil Code §1788.17 and §1788.30(b);

D.  Penalties of **$3,000.00** against ADT arising from three (3) violations at $1,000.00 per violation pursuant to California Civil

Code §1788.14(c) and §1788.30(b).

E.   **Punitive damages of $73,480.00** equal to 10 times the forgoing Actual Damages for Invasion of Privacy, Right to Seclusion, and Tort in Se;

F.   **Costs of Litigation** and reasonable **Attorney's Fees** against ADT pursuant to California Civil Code §1788.30(c), and Cal. Code Civ. Proc. §1021.5, California Civil Code §1788.17 for the violation of 15 USC §1962k of the FDCPA, Right to Seclusion, Tort in Se;

G.   **Injunctive Relief** against ADT, restraining them from any further contact with ROBERTS;

H.   **Declaratory Relief** against ADT, declaring their practices of communicating with and harassing ROBERTS was in violation of California Civil Code Section §1788.14(c), California Civil Code Section §1788.17, California Civil Code Section §1708, California Civil Code Section 43, 15 USC § 1692(b)(6), and 15 USC § 1692(c)c;

I.   Such other and further relief as the Court may deem just and proper.

Dated: May 14, 2008

Respectfully submitted,

**DOAN LAW FIRM, LLP**

By: _____
Michael G. Doan, Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

Re:    Keleigh Roberts

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2850 Pio Pico, Suite D, Carlsbad, CA  92008.

On November 13, 2007, I served the within document described as NOTICE OF ATTORNEY REPRESENTATION - CEASE AND DESIST LETTER on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

See Attached List

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business.  I am aware that on the motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 13, 2007 at Carlsbad, California.


Ruben Maldonado

11/13/2007 03:40:57pm

ADT
PO Box 371490
Pittsburgh, PA 15250

Credit Card Services
PO Box 42010
Providence, RI 2940

San Diego County Treasurer
PO Box 129009
San Diego, CA 92112

American Express
PO Box 0001
Los Angeles, CA 90096

Don Lindberg-Commission
Express
P.O. Box 2508,
Borrego Springs, CA 92004

Saxon Mortgage Services, INC
PO Box 961105
Ft Worth, TX 76161

Anthem Highlands
10191 Park Run Dr. Ste 110
Las Vegas, NV 89145

Expo Credit Services
PO Box 6028
The Lakes, NV 88901

Strong, Veleker, & Coleman,
LLP
345 F St, Ste 200
Chula Vista, CA 91910

AT&T Universal Card
PO Box 44167
Jacksonville, FL 32231

GE Money Bank
PO Box 960061
Orlando, FL 32896

Union Bank of California
PO Box 512380
Los Angeles, CA 90051

Aurora Loan Services
10350 park Meadows Drive
Littleton, CO 80124

GMAC
PO Box 2182
Greeley, CO 80632

US Department of Education
PO Box 530260
Atlanta, GA 30353

Capital One Bank
PO Box 60024
City of Industry, CA 91716

Isaac Dweck (renters in NV)
2460 Blair Castle St
Henderson, NV 89044

WaMU
PO Box 660433
Dallas, TX 75266

Castle Breckenridge
5185 Comanche Dr Ste. D
La Mesa, Ca 91941

Nordstrom Bank
PO Box 79137
Phoenix, AZ 85062

Wells Fargo Financial
PO Box 94498
Las Vegas, NV 89183

CitiFinancial Retail Services
PO Box 22060
Tempe, AZ 85285

Novastar Mortgage (has been
sold Saxon)
PO Box 2900
Shawnee Mission, KS 66201

City Of Henderson, NV
T-14 PO Box 52767
Phoenix, AZ 85072

Novastar Mortgage (has been
sold to Saxo
PO Box 2900
Shawnee Mission, KS 66201

Clark County Treasurer
500 S Grand Central Pkwy, PO
Box 551220
Las Vegas, NV 89155

Retail Services
PO Box 15521
Willmington, DE 19850

**Doan Law Firm, LLP**
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008
Phone (760) 450-3333 • Fax (760) 720-6082
doanlaw.com

November 13, 2007

ADT
PO Box 371490
Pittsburgh, PA 15250

Re:   Debtor(s):     Keleigh Roberts
       Account No:   haven't received the bill yet
       Soc Sec No:   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,

To Whom It May Concern:

You are hereby notified the above referenced debtor(s) have retained our Law Firm to discharge your claim for money through a Chapter 7 Bankruptcy. Accordingly, whether you are a collection agent or the original creditor, you must now **cease and desist any and all future communications** with the above referenced Debtors(s) as required by California Civil Code Section 1788.17(recently enacted in September, 1999) incorporating 15 U.S.C. Section 1692b(6). Please note that such prohibited contacts include billing and account statements, collection letters, and any and all other forms of communication by letter, phone, fax, email, or any other means. Furthermore, you are prohibited from any contact directly or indirectly with any employer, family member, friend, neighbor, or creditor of our client(s).

You are also notified that the debtor(s) **dispute the validity** of the debt, **refuse to pay**, and require that you **cease further communication** with them pursuant to **California Civil Code Section 1788.17 incorporating 15 U.S.C. Section 1692c(c)**. You may send all future billing statements as required by the FCBA to our office.

All future communications and correspondence must go through our office via any of the following:
       EMAIL:    status@debtwipeout.com;
       FAX:      (760) 720-6082;
       MAIL:     Address above;
       PHONE:    (760) 450-3333 Ext 3 (during the hours of 8am to 12pm, PDT, M-F).

Any further communication with our client(s) absent our express written consent, violates the Rosenthal Fair Debt Collections Practices Act as disclosed above, and will result in a lawsuit against you for actual damages, statutory penalties, attorney fees and costs. If your policies and procedures conflict with the forgoing laws, please take corrective action immediately. THIS LETTER WILL SERVE AS EVIDENCE OF AKNOWING AND WILLFUL VIOLATION SHOULD YOU CONTACT THE DEBTOR IN THE FUTURE.

Very truly yours,

Michael G. Doan, Attorney at Law

DOAN, LEVINSON  & LILJEGREN, LLP
2850 PIO PICO DRIVE, SUITE D
CARLSBAD, CA 92008

ADT
PO Box 371490
Pittsburgh, PA 15250

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

Re:    Keleigh Roberts

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2850 Pio Pico, Suite D, Carlsbad, CA 92008.

On **December 5, 2007**, I served the within document described as **SECOND NOTICE OF ATTORNEY REPRESENTATION - CEASE AND DESIST LETTER 2** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

*ADT*
*P.O. Box 551200*
*Jacksonville, FL 32255-1200*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business. I am aware that on the motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 5, 2007** at Carlsbad, California.

_____
Meyling The

**Doan Law Firm, LLP**
2850 Pio Pico Drive, Suite D
Carlsbad, California  92008
Phone (760) 450-3333 • Fax (760) 720-6082
doanlaw.com

December 4, 2007

ADT
P.O. Box 551200
Jacksonville, FL 32255-1200

**CEASE AND DESIST ORDER #2**

Re:    Debtor(s):    Keleigh Roberts
       Account No:   1100-169743430
       Soc Sec No:   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,

To Whom It May Concern:

As you have previously been notified, THIS OFFICE REPRESENTS THE ABOVE REFERENCED CLIENT(S) with respect discharging your claim for money in a Chapter 7 Bankruptcy Petition.  Yet, despite our representation, you are still harassing our client(s) through your unlawful communications.  Such conduct is a direct violation of California Civil Code Section 1788.17 incorporating 15 U.S.C. Section 1692b(6).  PLEASE NOTE THAT THIS OFFICE AGGRESSIVELY PURSUES DEBT COLLECTORS SUCH AS YOURSELF FOR SUCH ABUSIVE, DECEPTIVE, AND UNFAIR DEBT COLLECTION PRACTICES. Accordingly, each further harassing communication with our client will serve as evidence that not only is your conduct illegal, but also willful and malicious.  Your continued unlawful activity despite our representation is also causing our client(s) severe emotional distress.

In light of the above, you are once again put on notice that our client(s) refuse to pay and you must cease further communications with them pursuant to California Civil Code Section 1788.17 incorporating 15 U.S.C. Section 1692c(c).  All future communications must go through our office using one of the following means:

        EMAIL:    status@debtwipeout.com;
        FAX:      (760) 720-6082;
        MAIL:     address above;
        PHONE:    (760) 450-3333 Ext 3 (during the hours of 8am to 12pm, PDT, M-F).

Finally, please note that you will soon be receiving an Order for Relief under Title 11.

Very truly yours,

Michael G. Doan, Attorney at Law

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

Dec 04 2007 8:05PM    HP LASERJET FAX                    p.10

ADT SECURITY SERVICES, INC.           **STATEMENT DATE**           *tyco* | Fire &
P.O. BOX 551200                                                    Security     
JACKSONVILLE, FL 32255-1200              11/26/2007

YOUR SERVICE LOCATION:              YOUR BILLING ADDRESS:
ROBERTS KELEIGH
2460 BLAIR CASTLE ST                      ROBERTS KELEIGH
HENDERSON, NV 89044-1510                  2532 SEATTLE DR
                                          EL CAJON CA  92020-1773

---

**YOUR ACCOUNT NUMBER IS:**        01100-169743432

**YOUR FINAL BALANCE DUE NOW:**    $482.92

Dear Customer,

Thank you for the opportunity to serve your home security needs. As we processed your discontinuance, we generated this summary of final charges as of the date of this letter. If you have not done so yet, please remit the full amount below so we can finalize processing your account and clear this balance. If you have previously sent in a payment, please deduct that amount from the amount shown and remit the balance. If the payment sent was for the full amount, please accept our thanks and disregard this notice.

We appreciate your business, and we hope to be able to serve you again in the future. However, failure to satisfy this balance may result in turning this matter over to a collection agency. It is our hope that we can process your account satisfactorily and that you will let us serve your security needs again in the future. To clear your account quickly, you may also pay by credit card or check by phone. Call us, toll-free, at 1-800-238-2455.

Sincerely,                         **Moving?** Call ADT to learn more about our special Mover's Package -
                                   a $100 discount on any ADT Security System for your new home PLUS
ADT Account Services               an additional 25% discount on upgrades! (A value of up to $600!)"
1-800-238-2455

---

▶ PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR REMITTANCE. PAYMENT TERMS: DUE UPON RECEIPT. ◀

# REMITTANCE

| 169743432 | 11/26/2007 | $482.92 |

FROM:                                      PLEASE MAKE CHECK PAYABLE TO:
                                           ADT SECURITY SERVICES, INC.
ROBERTS KELEIGH
2460 BLAIR CASTLE ST           
HENDERSON, NV 89044-1510                   PLEASE WRITE YOUR CUSTOMER NUMBER
                                           ON YOUR CHECK AND MAIL WITH THIS
IF YOUR ADDRESS HAS CHANGED, CALL 1-800-ADT-BILL     PORTION IN THE ENCLOSED ENVELOPE.

         ▼ MAIL PAYMENT TO ▼

         ADT SECURITY SERVICE, INC
         PO BOX 371490
         PITTSBURGH PA 15250-7490

         .0016974343200000000000011260700000000000000482924



December 13, 2007

PO BOX 601
NORWELL MA 02061-0601
Phone Number : 1-781-681-4300
Toll Free : 1-800-270-4676

**Office Hours :**
Monday - Thursday  8:00AM - 10:00 PM  ET
Friday                     8:00AM -  5:00 PM  ET
Saturday                8:00AM - 12:00 PM  ET

### *** PAST DUE BALANCE ***

RE : Your Account with our client : ADT Security Services, Inc.

Client Reference # : 169743430

CCA Account # : 11-31864281

| | |
|---|---|
| Monitoring Fee : | $ 0.00 |
| Contract Term. Charge : | $ 432.40 |
| **Total Due :** | **$ 432.40** |

Your account with ADT has been placed with us for collection. According to their records, you informed ADT that you were moving. However, to date ADT has not received payment from you. Therefore, the remaining unpaid balance on your contract, as referenced above, is due. Please remit the total amount due to avoid additional collection activity. If you dispute this debt, please see the reverse side of this notice for important rights.

If you have questions or would like to make a payment by phone, please contact us at the phone number above. If mailing a payment, please detach the payment coupon below and include it with your payment in the enclosed envelope.

CONTACT US TODAY TO DISCUSS THE RELOCATION OF YOUR SERVICE.

This communication is from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

## PLEASE SEE REVERSE SIDE FOR IMPORTANT RIGHTS

✂ Detach Bottom Portion And Return With Payment ✂

01120

CCA
PO BOX 601
NORWELL MA 02061-0601
FORWARD SERVICE REQUESTED

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number          Check One:  ☐ VISA  ☐ MasterCard

☐☐☐☐ - ☐☐☐☐ - ☐☐☐☐

| Payment Amount: | | Expiration Date: | |
|---|---|---|---|

Card Holder Name          Signature of Card Holder          Date

PERSONAL & CONFIDENTIAL
S-ONCCOA11 L-120 A-11-31864281-01
P0EYNS00211273 I12433
KELLEIGH ROBERTS
2532 SEATTLE DR
EL CAJON CA 92020-1773

MAIL PAYMENT TO :
01120

CCA
PO BOX 601
NORWELL MA 02061-0601

| Account # : | Client Reference # : | Total Due : |
|---|---|---|
| 11-31864281 | 169743430 | |

| Previous Balance | Current Charges | Payments Recd | Adjustments | Total Balance Due | Payme Due D |
|---|---|---|---|---|---|
| $75.98 | $406.94 | $0.00 | $0.00 | $482.92 | 12/27/07 |

P00001-0032125
ADT Home Security
Program for USAA
Members

**ADT**

### Current Account Activity

Bill Date 12/05/07

**Previous Balance As of 11/5/2007**                                   $75.98

**Current Charges**

11/25/07 to 12/26/07
Customer Cancellation - Service Credit                              $(400.00)

11/25/07 Adjustment Services Discontinued

11/25/07 to 12/26/07
Customer Cancellation - Termination Charge
Amount                                                              $400.00

The above charges Due to Connection with the
termination of your Agreement prior to its expiration

**Total Balance Due**                                                  $482.92

A PORTION OF YOUR BILL IS 30 DAYS PAST DUE, PLEASE
PAY THIS AMOUNT IMMEDIATELY. If you have already paid
please disregard

Please remember to include the payment coupon below with your
payment. If paying by check, please write your customer number on
the check.

Late Fee Policy: A late fee of 1.5% (or highest rate permitted by law, if
less) per month will be assessed on the unpaid Statement Total Balance
Due when more than 30 days past due.

TEST YOUR ALARM SYSTEM MONTHLY TO CONFIRM YOUR SYSTEM IS OPERATIONAL                Page 1 of 1

**Customer Number:**
169743432
**Account Name:**
KELEIGH ROBERTS

**Service Address:**
2460 Blair Castle St
Henderson, NV 89044-1510

Billing Questions:      (800) 238-2455
Moving? Call:           (800) 600-5145
Monitoring/Service:     (800) 238-2727
How to Read Your Bill:
www.adt.com/invoiceinfo

It's fast and even more
important - it's easy! You can
save time and money
paying your bill. Please see
the back of your invoice to see
how you can setup your
account for automatic
payments using your bank
account!

To pay this invoice and/or future
recurring invoices by credit card
or bank debit, follow the
instructions on the back of this
invoice.

---

1oz BRE        27        5004

**Payment Coupon**
Please detach and enclose this coupon with your payment. Do not
send cash. Please write your customer number on your check or
money order and make payable to: **ADT Security Services.**

☐   If you have any changes to your billing or monitoring account information please
    check here and enter the new information on the back of this invoice.

To ensure timely, accurate application to your account,
**PLEASE INCLUDE THIS STUB WITH YOUR PAYMENT.**

28252 1 AB 0.341              0028252 S1 T118

#BWNJYCW
#234347961001107#
KELEIGH ROBERTS
2532 SEATTLE DR
EL CAJON CA  92020-1773

**Due Date:**                                    12/27/07
**Customer Number:** 01100 169743432

Please Pay
This Amount          ▶              $482.92

                           Amount
                           Enclosed $

▼   MAIL PAYMENT TO   ▼

ADT SECURITY SERVICES
P.O. BOX 371490
PITTSBURGH, PA 15250-7490

001697434320000000000012270700000000000000482920

Jan 31 2008 3:51AM   HP LASERJET FAX                                            P. 2

**CCA**

January 16, 2008

Collection Company of America
700 Longwater Drive
PO BOX 601
NORWELL MA 02061-0601
Phone Number : 1-781-681-4300
Toll Free : 1-800-270-4676

**Office Hours :**
Monday - Thursday 8:00AM - 10:00 PM ET
Friday                8:00AM -  5:00 PM ET
Saturday             8:00AM - 12:00 PM ET

## *** PAST DUE BALANCE ***

RE : Your Account with our client : ADT Security Services, Inc.
Client Reference # : 169743430
CCA Account # : 11-31864281

| | |
|---|---|
| Monitoring Fee : | $ 0.00 |
| Contract Term. Charge : | $ 432.40 |
| Other Charges : | $ 0.00 |
| **Total Due :** | **$ 432.40** |

We recently sent you a letter regarding your past due account with our client. As of the date of this letter, we have not been notified of your payment. Please remit the total amount due to avoid additional collection activity.

If you relocate and activate service at your new residence, ADT will agree to waive any and all of your contract termination charges from the above referenced balance. If you would like to have your service relocated, please contact us at the phone number referenced above and we will have an ADT representative contact you. Upon activation of your service at your new residence, your outstanding balance will be adjusted accordingly.

If you have questions or would like to make a payment by phone, please contact us at the phone number above. If mailing a payment, please detach the payment coupon below and include it with your payment in the enclosed envelope.

This communication is from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

----- 01121 -----      ✂ Detach Bottom Portion And Return With Payment ✂

CCA
PO BOX 601
NORWELL MA 02061-0601
FORWARD SERVICE REQUESTED

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number                     Check One:

| | | | | | |
|---|---|---|---|---|---|

Payment Amount                          Expiration Date

Card Holder Name        Signature of Card Holder        Date

PERSONAL & CONFIDENTIAL
S ONOCOA11 1 121 A 11-31864281 01
PDFP1000200568100568
KEILEIGHROBERTS
2240 MARTINIQUE AVE
HENDERSON NV 89044-0814



CCA
PO BOX 601
NORWELL MA 02061-0601

| Account # | Client Reference # | Total Due |
|---|---|---|
| 11-31864281 | 169743430 | 432.40 |

Client: ADT Security Services, Inc.



February 22, 2008

Collection Company of America
700 Longwater Drive
PO BOX 601
NORWELL MA 02061-0601
Phone Number : 1-781-681-4300
Toll Free : 1-800-270-4676

**Office Hours :**
Monday - Thursday  8:00AM - 10:00 PM  ET
Friday  8:00AM -  5:00 PM  ET
Saturday  8:00AM - 12:00 PM  ET

## *** PAST DUE BALANCE ***

RE : Your Account with our client : ADT Security Services, Inc.

Client Reference # : 169743430
CCA Account # : 11-31864281

| | |
|---|---:|
| Monitoring Fee : | $ 0.00 |
| Contract Term. Charge : | $ 432.40 |
| Other Charges : | $ 0.00 |
| **Total Due :** | **$ 432.40** |

We recently sent you a letter regarding your past due account with our client. As of the date of this letter, we have not been notified of your payment. Please remit the total amount due to avoid additional collection activity.

If you have questions, would like to discuss the reactivation of your service, or would like to make a payment by phone, please contact us at the number above. If mailing a payment, please detach the payment coupon below and include it with your payment in the enclosed envelope.

This communication is from a debt collector. This is an attempt to collect a debt. Any information will be used for that purpose.

---

>< Detach Bottom Portion And Return With Payment ><

CCA
PO BOX 601
NORWELL MA 02061-0601
FORWARD SERVICE REQUESTED

If you wish to pay by VISA or MasterCard, fill in the information below and return.

Credit Card Number       Check One :

Payment Amount           Expiration Date :

Card Holder Name    Signature of Card Holder    Date

---

PERSONAL & CONFIDENTIAL
S-ONCCOA11 L-122 A-11-31864281-01
P0GJNO00206497 I00498
KELLEIGH ROBERTS
2240 MARTINIQUE AVE
HENDERSON NV 89044-0314

MAIL PAYMENT TO :
01122

CCA
PO BOX 601
NORWELL MA 02061-0601

| Account # : | Client Reference # : | Total Due : |
|---|---|---|
| 11-31864281 | 169743430 | |
| Client : ADT Security Services, Inc. | | |

POS-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Michael G. Doan<br>Michael G. Doan, SBN 175649<br>Doan Law Firm, LLC<br>2850 Pio Pico Drive, Suite D<br>Carlsbad, CA 92008<br>TELEPHONE NO.: (760) 450-3333   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: mike@doanlaw.com<br>ATTORNEY FOR *(Name)*: Keleigh Roberts | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 325 S. Melrose
MAILING ADDRESS: 325 S. Melrose
CITY AND ZIP CODE: Vista, CA 92081
BRANCH NAME: North County Division

PETITIONER/PLAINTIFF: Keleigh Roberts

RESPONDENT/DEFENDANT: ADT Security Services, Inc.

| PROOF OF SERVICE BY FIRST–CLASS MAIL—CIVIL | CASE NUMBER:<br>37-2008-00054660-CU-PO-NC |
|---|---|

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action.** I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:  Doan Law Firm, LLP
   2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008

3. On *(date)*: May 23, 2008   I mailed from *(city and state)*: Carlsbad, CA
   the following documents *(specify)*: Summons, Complaint, Notice and Acknowledgment of Receipt, Order to Compromise Pursuant to CCP 998, Notice of Case Assignment, Stipulation to Use of Alternative Dispute Resolution, and Civil Case Cover Sheet.

   ☐ The documents are listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Documents Served)* (form POS-030(D)).

4. I served the documents by enclosing them in an envelope and *(check one)*:
   a. ☐ depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☒ placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

5. The envelope was addressed and mailed as follows:
   a. **Name of person served:**
   b. **Address of person served:**

   ☒ The name and address of each person to whom I mailed the documents is listed in the *Attachment to Proof of Service by First-Class Mail—Civil (Persons Served)* (POS-030(P)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/23/2008

Meagan Duren
(TYPE OR PRINT NAME OF PERSON COMPLETING THIS FORM)          (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
POS-030 [New January 1, 2005]

PROOF OF SERVICE BY FIRST–CLASS MAIL—CIVIL
(Proof of Service)

Code of Civil Procedure, §§ 1013, 1013a

Legal
Solutions
Plus

POS-030(P)

| SHORT TITLE: Roberts v. ADT Security Services, Inc. | CASE NUMBER:<br>37-2008-00054660-CU-PO-NC |
|---|---|

## ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL (PERSONS SERVED)

*(This Attachment is for use with form POS-030)*

NAME AND ADDRESS OF EACH PESON SERVED BY MAIL:

| Name of Person Served | Address (number, street, city, and zip code) |
|---|---|
| ADT Security Services, Inc. | c/o TFS Law Department<br>One Town Center Road<br>Boca Raton, FL 33486 |
| C T Corporation | c/o ADT Security Services, Inc.<br>818 West Seventh Street<br>Los Angeles, CA 90017 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form Approved for Optional Use
Judicial Council of California
POS-030(P) [New January 1, 2005]

ATTACHMENT TO PROOF OF SERVICE BY FIRST-CLASS MAIL—CIVIL
(PERSONS SERVED)
(Proof of Service)

Legal
Solutions
Plus

Page __ of __

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 151950    — TC

June 13, 2008
16:33:19

Civ Fil Non-Pris

USAO #.: 08CV1056
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC69578

Total—>  $350.00

FROM: KELEIGH ROBERTS
      VS.
      ADT SECURITY , ET AL.

*JS 44 (Rev. ...)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

KELEIGH ROBERTS

(b) County of Residence of First Listed Plaintiff  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS

ADT SECURITY SERVICES, INC. ET. AL,

County of Residence of First Listed Defendant  SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)  #48221

'08 CV 1056 LAB RBB

PATRICK A. LONG  LONG WILLIAMSON & DELIS
400 N. TUSTIN AVE. #370 SANTA ANA, CA. 92075

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332, 1441 AND 1446 A

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions)

JUDGE

DOCKET NUMBER

DATE  6/13/08

SIGNATURE OF ATTORNEY OF RECORD  JASON CARD 1ST LEGAL SIGNING FOR PATRICK A. LON...

## FOR OFFICE USE ONLY

RECEIPT # 151950  AMOUNT $350  APPLYING IFP  JUDGE  MAG. JUDGE

AC 6/13/08

CR