```
Patrick A. Long, Bar No. 48221
LONG WILLIAMSON & DELIS
400 North Tustin Avenue, Suite 370
Santa Ana, California 92705
(714) 668-1400
(714) 668-1411

Attorneys for Defendant, ADT SECURITY SERVICES, INC.
```

FILED

08 JUN 13 PM 4:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP   DEPUTY



## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELEIGH ROBERTS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ADT SECURITY SERVICES, INC. et al.,<br><br>    Defendant. | Case No. 08 CV 1056 LAB RBB<br><br>CERTIFICATE OF SERVICE TO ADVERSE PARTY OF REMOVAL |

I, Susan E. Boyko, certify and declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 400 North Tustin Avenue, Suite 370, Santa Ana, California 92705.

On June 13, 2008 I served the Notice of Filing Notice of Removal to Federal Court, a copy of which is attached to this Certificate, on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

```
Michael G. Doan, Esq.
DOAN LAW FIRM
2850 Pio Pico Drive
Carlsbad, California 92008
(760) 450-3333
```

1  I caused such envelope to be deposited in the mail at Santa Ana, California. The
2  envelope was mailed with postage thereon fully prepaid.
3  I am "readily familiar" with firm's practice of collection and processing
4  correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the
5  ordinary course of business. I am aware that on motion of party served, service is presumed
6  invalid if postal cancellation date or postage meter date is more than one day after date of
7  deposit for mailing in affidavit.
8  Executed on June 13, 2008, at Santa Ana, California.
9  I declare under penalty of perjury that the foregoing is true and correct under the
10 laws of the State of California.

_____
Susan E. Boyko