ORIGINAL

Patrick A. Long, Bar No. 48221
Abraham H. Tang, Bar No. 186334
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Ste. 370
Santa Ana, California 92707
(714) 668-1400
(714) 668-1411 (fax)

Attorneys for Defendant,
ADT SECURITY SERVICES, INC.

FILED

08 JUN 13 PM 4:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CP _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELEIGH ROBERTS, <br><br>        Plaintiff, <br><br> vs. <br><br> ADT SECURITY SERVICES, INC. et al., <br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. '08 CV 1056 LAB RBB

DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1.    Keleigh Roberts, Plaintiff.

2.    ADT Security Services, Inc., Defendant

///

1

CR

DATED:  June 13, 2008

LONG, WILLIAMSON & DELIS

BY:  _____
       PATRICK A. LONG
       Attorneys for Defendant,
       ADT SECURITY SERVICES, INC.

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is 5 Hutton Centre Drive, Suite 1000, Santa Ana, California 92707.

On June 13, 2008, I served the foregoing document described as CERTIFICATION on the interested parties in this action by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows:

Michael G. Doan, Esq.
DOAN LAW FIRM
2850 Pio Pico Drive
Carlsbad, California 92008
(760) 450-3333

(X) BY MAIL

( ) I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

(X) I caused such envelope to be deposited in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 13, 2008, at Santa Ana, California.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California.

I am employed by a member of this bar at whose direction this service is made.

SUSAN E. BOYKO

3

CERTIFICATION OF INTERESTED PARTIES