Patrick A. Long, Bar No. 48221
LONG WILLIAMSON & DELIS
400 N. Tustin Ave., Ste. 370
Santa Ana, California 92705
(714) 668-1400
(714) 668-1411 fax

Attorneys for Defendant, ADT SECURITY SERVICES, INC.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELEIGH ROBERTS, | Case No. 08 CV 1056 LAB RBB |
| Plaintiff, | **JOINT MOTION TO DISMISS BY PLAINTIFF AND DEFENDANT** |
| vs. | |
| ADT SECURITY SERVICES, INC., et al., | |
| Defendants. | |

TO THE HONORABLE MAGISTRATE COURT JUDGE, RUBEN B. BROOKS:

COME NOW, pursuant to the Magistrate Court's Minute Order dated July 15, 2008, and Federal Rule of Civil Procedure 41(a), Plaintiff KELEIGH ROBERTS ("Plaintiff") and Defendant ADT SECURITY SERVICES, Inc. ("Defendant"), through their respective counsel of record herein, jointly move and stipulate to the following:

1. That Plaintiff and Defendant have settled the above matter;

2. That, for adequate consideration, Plaintiff and Defendant jointly move to dismiss the above-captioned matter, with prejudice;

1

JOINT MOTION TO DISMISS BY PLAINTIFF AND DEFENDANT

3. That the terms and conditions of the settlement are proper;

4. That Plaintiff and Defendant know of no reason why this matter should not be dismissed, with prejudice;

5. That Plaintiff and Defendant know of no reason why such a dismissal would prejudice any third party.

Based thereon, good cause exists for the Court to grant this Joint Motion forthwith and, accordingly, good cause exists for this Court to vacate the telephonic settlement disposition conference scheduled for hearing at 8:00 a.m. on August 7, 2008.

DATED: August 6, 2008            DOAN LAW OFFICES

                                 BY: _____
                                     Michael G. Doan
                                     Attorneys for Plaintiff
                                     KELEIGH ROBERTS

DATED: August 6, 2008            LONG WILLIAMSON & DELIS

                                 BY: _____
                                     PATRICK A. LONG
                                     Attorneys for Defendant,
                                     ADT SECURITY SERVICES, INC.

2

**JOINT MOTION TO DISMISS BY PLAINTIFF AND DEFENDANT**