## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ROBERTS v. ADT SECURITY                           Case No. 08cv1056 LAB(RBB)
                                                  **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                  Rptr.

                              Attorneys
            Plaintiffs                          Defendants

PROCEEDINGS:    ____ In Chambers    ____ In Court    ____ Telephonic

The settlement disposition conference on August 7, 2008, at 8:00 a.m. is vacated.

The joint motion for dismissal was filed on August 6, 2008.

DATE: August 6, 2008          IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc: Judge Burns                              INITIALS: VL (mg/irc) Deputy
    All Parties of Record