# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELEIGH ROBERTS,<br><br>           Plaintiff,<br>vs.<br><br>ADT SECURITY SERVICES, INC, and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. 08CV1056-LAB (RBB)<br><br>**ORDER OF DISMISSAL** |

On August 6, 2008, the parties jointly moved to dismiss this action, stating they had reached a settlement. This action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: August 17, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CV1056